**Hundley, Tina**

| | |
|---|---|
| **From:** | Quinlan, Thomas |
| **Sent:** | Wednesday, May 28, 2014 4:06 PM |
| **To:** | Shaw, Karl; Clinger, Scott; Geis, Lawrence; Curmode, Suzanne; Hundley, Tina |
| **Subject:** | Fwd: Red Carpet Inn |
| **Attachments:** | RCI - Judgment Entry & Decision.pdf; ATT00001.htm |

I concur. A complete victory and largely due to your efforts. Well done. Thank you.

Tina. Please prepare a manners email for the three listed officers. Thank you.

Sent from my iPhone

Begin forwarded message:

> **From:** "Curmode, Suzanne" <SCurmode@columbuspolice.org>
> **To:** "Quinlan, Thomas" <TQuinlan@columbuspolice.org>
> **Subject: FW: Red Carpet Inn**
>
> Info Chief....
>
> From: Sperlazza, William A. [mailto:WASperlazza@columbus.gov]
> Sent: Tuesday, May 27, 2014 10:06 AM
> To: Curmode, Suzanne; Lang, Mark          Ent          CLC          CLO
> Cc: Kemmerling, Ronald; Bartholow, Scott; Shaw, Karl; Clinger, Scott; Geis, Lawrence;
> Baumann, Andy J.; Snyder, Jennifer; KEN JOHNSON #29873 (KJOHNSON@com.state.oh.us)
> Subject: Red Carpet Inn
>
> Commander Curmode
> Commander Lang
>
> Attached is the Judge's decision on the Red Carpet Inn case.
>
> The property was declared a nuisance, and all parties were found to have maintained a nuisance.
>
> The building will remain boarded-up until May 27th of 2015.
>
> A complete victory.
>
> This ruling is a direct result of the great work done by Det. Shaw and CLOs Clinger and Geis.
>
> Please contact me if you have any questions.
>
> Thank you.
>
> -Bill Sp.
>
> William A. Sperlazza

1



Assistant City Attorney / Zone 1
Columbus City Attorney Richard C. Pfeiffer, Jr.'s Office
375 South High Street, 7th Floor
Columbus, OH 43215-4530
ph: (614)-645-7479
fx: (614)-645-8902
wasperlazza@columbus.gov<mailto:wasperlazza@columbus.gov>
www.columbuscityattorney.org<http://www.columbuscityattorney.org>

001886



RECEIVED BY POLICE LEG

Columbus Division of Police  2013 NOV 4  AM 8: 50

# Special Commendation

presented to

## Officer Karl Shaw

On June 12, 2013, the culmination of over a year and a half's work by Officer Karl Shaw, Officer Lawrence Geis, Officer Scott Clinger, Officer Eric Cornett, and Assistant City Attorney William Sperlazza resulted in the court-ordered closure of the Columbus Inn & Suites located on Zumstein Drive. The officers worked meticulously to document all of the criminal activity occurring and the individuals involved, secured and executed warrants, and seized drugs and firearms from within rooms. Mr. Sperlazza worked with the officers to advise them on how best to proceed to shut down the hotel using the nuisance abatement code and prepare for trial.

The officers and Mr. Sperlazza also helped the innocent residents who were displaced from the location to find alternative lodging and retrieve their belongings.

Officer Karl Shaw is awarded a Special Commendation for his diligence and dedication that resulted in the successful closure of a problem hotel. His actions reflect positively on him and the Columbus Division of Police.

Kimberley K. Jacobs
**Kimberley K. Jacobs**
Chief of Police

001887

## DIVISION OF POLICE

Intra-Divisional

September 26, 2013

**TO:**    Officer Karl Shaw #1673
           SRB, Enforcement North

**FROM:**    Deputy Chief Thomas Quinlan #5009 *TAQ*
           Awards Committee Chairperson

**SUBJECT:** 2013 Awards Presentation Ceremony

On September 24, 2013, Commander Schrader's letter nominating you for a Division award was presented to the Awards Committee. Upon review, the committee voted to award you a Special Commendation. The Committee wishes to congratulate you on your achievement.

The formal ceremony will be at 2:00 p.m. on Friday, November1, 2013, at 2:00pm in the James G. Jackson Columbus Police Academy auditorium at 1000 N. Hague Avenue, Columbus, Ohio 43204. Plan to arrive by 1:30pm and you'll be directed to a classroom for instructions. Dress will be the long-sleeved uniform shirt and tie. Your family and friends are welcome to attend.

You must call (ext. 5-4932) or e-mail Officer Teresa Bowling in the Research & Development Unit by October 29, 2013 to confirm attendance.

TQ/tjb
xc: Personnel File

001888

# COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: Awards Recommendation

ORIGINATOR: Cmdr. Joseph A. Schrader #5011     ASSIGNMENT   Patrol Zone 1     DATE: 6/13/2013

FORWARD TO:   Acting D/C Joseph Schrader     ASSIGNMENT   Patrol North

REMARKS:   Recommend Approval

☐ Cont'd on back

SIGNATURE: *[signature]* 5011   DATE REC'D   7/15/2013     FORWARDED   7/15/2013

FORWARD TO:   Awards Committee     ASSIGNMENT

REMARKS:   *For full AC consideration*

☐ Cont'd on back

SIGNATURE   O/C *[signature]* 5005   DATE REC'D     FORWARDED   7-16-13

FORWARD TO:   *TRACY BOWLING*     ASSIGNMENT

REMARKS:

☐ Cont'd on back

SIGNATURE:     DATE REC'D     FORWARDED

FORWARD TO:     ASSIGNMENT

REMARKS:

☐ Cont'd on back

SIGNATURE:     DATE REC'D     FORWARDED

FORWARD TO:     ASSIGNMENT

REMARKS:

☐ Cont'd on back

SIGNATURE:     DATE REC'D     FORWARDED

FORWARD TO:     ASSIGNMENT

REMARKS:

☐ Cont'd on back

SIGNATURE:     DATE REC'D     FORWARDED

FINAL DISPOSITION: *Awards Committee voted for Special Commendations for P.O.s & a Meritorious Public Svc for civilian on 9/24/13. To Personnel for Master file.*

ORIGINATING PERSON ADVISED BY: _T. Bowling #1100_   _copy_   _9/30/13_
                                    NAME                NOTIFIED VIA        DATE

☐ CD/DVD (#    ) ATTACHMENTS                                          A-10 (02/09)

001889

## COLUMBUS DIVISION OF POLICE....ROUTING SHEET FOR CORRESPONDENCE

SUBJECT: Award Recommendations

ORIGINATOR: Commander Joseph A. Schrader #5011    ASSIGNMENT Patrol Zone 1    DATE: 6/13/2013

FORWARD TO: Acting Deputy Chief Suzanne Curmode #5020    ASSIGNMENT Patrol North
REMARKS: To LTs Kemmerling AND Bartholow for review / comment.
(Return upon completion.)    ☐ Cont'd on back
SIGNATURE: Cmdn S Curmode 5020    DATE REC'D 6-14-13    FORWARDED 6-14-13

FORWARD TO: Lt. Kemmerling Sgt. Standley    ASSIGNMENT SRB/Enft. CLO
REMARKS: Recommend Approval. CLO's (Sgt.) & Clinger have worked consistently in multiple areas of this ongoing
problem. This closure has many attributed the area and surrounding addresses. Outstanding success _____ ☐ Cont'd on back
SIGNATURE: [signature] 5189    DATE REC'D 6/17/13    FORWARDED 6/25/13

FORWARD TO: Sgt. Williams    ASSIGNMENT SRB - Enf Narco
REMARKS: Recommend Approval
    ☐ Cont'd on back
SIGNATURE: Dayton J Williams 5159    DATE REC'D 6-27-13    FORWARDED 7-2-13

FORWARD TO: Lt. Kemmerling    ASSIGNMENT SRB - Enforcement
REMARKS: I Recommend Approval of Awards for all nominees. Their action had a
significant impact on the area as evidenced by the attached news story.    ☐ Cont'd on back
SIGNATURE: Lt K 224 5362    DATE REC'D 7-5-13    FORWARDED 7-5-13

FORWARD TO: Lt. Bartholow    ASSIGNMENT SRB - CLO
REMARKS: Recommend Approval All officers did an outstanding Job
on the investigation & closure of THN 1681    ☐ Cont'd on back
SIGNATURE: [signature] 5217    DATE REC'D 7/8/13    FORWARDED 7/8/13

FORWARD TO: Cmdn Suzanne Curmode 5020    ASSIGNMENT SRB
REMARKS: I also recommend approval — this was an outstanding
effort by all involved. To Awards Committee.    ☐ Cont'd on back
SIGNATURE: Cmdn S Curmode 5020    DATE REC'D 7-8-13    FORWARDED 7-8-13

FINAL DISPOSITION:

ORIGINATING PERSON ADVISED BY: _____
NAME                    NOTIFIED VIA         DATE

☐ CD/DVD (#      ) ATTACHMENTS    A-10 (02/09)





# Award Recommendation
## City of Columbus • Division of Police

| NAME OF NOMINEE(S) RECOMMENDED FOR AWARD | BADGE | RANK | ASSIGNMENT |
|---|---|---|---|
| Karl D. Shaw | 1673 | PO | SRB |
| Lawrence E. Geis | 1510 | PO | SRB |
| Scott B. Clinger | 494 | PO | SRB |

| INCIDENT DATE | INCIDENT TIME | INCIDENT LOCATION |
|---|---|---|
| 6/12/13 | 12:00 p.m. | 6121 Zumstein Drive Columbus Ohio |

**NAMES AND ADDRESSES OF WITNESSES**

Eric C. Cornett #1563, PO, SRB

William Sperlazza, Assistant City Attorney, 375 S. High Street 7th floor. Columbus Ohio 43215 Phone(614)-645-7479

**TYPE OF AWARD REQUESTED**

| | | |
|---|---|---|
| ☐ Medal of Valor | ☐ Purple Heart | ☒ Special Commendation |
| ☐ Silver Cross | ☐ Medal of Merit | ☐ Commendation (Citizen) |
| ☐ Distinguished Service | ☐ Blue Star | ☒ Meritorious Public Service |

☐ **Safe Driving** (This officer has no chargeable accidents during the listed dates and should be issued the following award.)

1st Award (3 year) ___/___/___ to ___/___/___ (Eligibility begins upon graduation from the Training Academy.)

2nd Award (5 year) ___/___/___ to ___/___/___ (Two additional, consecutive years of accident-free driving after receiving 1st award.)

3rd + Award (5 year) ___/___/___ to ___/___/___

**NARRATIVE**

Please give a brief, but detailed, description of the incident for which you are nominating the individual(s). Include any injuries, suspect/victim information, court case numbers, and any fire or other reports associated with the incident.

On Wednesday, June 12, 2013 the Columbus Inn and Suites (CI&S) located at 6121 Zumstein Drive was closed by court order after a year and a half of work by Officer's Shaw, Cornett, Geis and Clinger. Columbus Police had been dispatched to this hotel 497 times between January 1, 2012 and March 19, 2013. The above mentioned officers worked closely with Columbus City Attorney William Sperlazza in getting this court order to shut the motel down.

Officer's Geis and Clinger provided the City Attorney with all the documentation needed for the court and made all the arrangements as well as going with the Fire Marshall's, Code Enforcement and Health Inspectors when they would come out to Columbus Inn and Suites to do their inspections. Officer's Geis and Clinger took the steps to set up the initial meeting with Mr. Sperlazza and SRB Enforcement Detectives Shaw and Cornett to discuss how to best proceed to shut down this problem location using the nuisance abatement code. Officer's Geis and Clinger would then act as a liaison between all the parties while this investigation was going on and also testified at the trial.

Between Feb 21 2013 and May 30 2013 Detectives Shaw and Cornett went to the CI&S at least 12 times. 9 of these resulted in direct buys of crack cocaine or heroin from within a room at the CI&S. 3 of these were instances where Det. Shaw and Cornett had obtained warrants and executed them. The buys were extremely valuable to the case because (a) they came from inside rooms, not curtilage, (b) Det. Shaw was able to place himself in a hallway so as to observe some of the transactions. The warrant entries were valuable as well. On the first entry Detectives Shaw and Cornett seized a large amount of heroin as well as firearms--the occupants were also associated with specific gangs, which played well in court. The warrants were also valuable because they served as further proof of notice to the owner of what was going on at the hotel; twice a copy of the warrant was left with the owner himself, which really strengthens an important "notice" element of our case. Detectives Shaw and Cornett was also involved with the Human Trafficking Taskforce that resulted in the May 12 2012 arrest of 4 individuals for, among other things, Trafficking in Persons, at the CI&S.

001891

Detectives Shaw and Cornett also went above and beyond by meeting with Mr. Sperlazza, County prosecutors, potential lay witnesses around Franklin County and beyond, and with various investigators within CPD; including obtaining phone records and gang affiliation information. Detectives Shaw and Cornett were also great with the innocent "residents" who were displaced on the date when CI&S was closed down. Polite, professional, took names and contact info of people who were being screwed over by the owner by (a) not refunding those who were paid up through the month, and (b) not putting them up in his other crappy hotel next door that was nearly empty.

Then, a few people came to the hotel later in the day that had been at work all day and come "home" to find all of their belongings locked up. City Attorney Sperlazza arranged for board up crew to come out the next morning at 9AM to allow them to gather their belongings; Det Shaw goes out to meet them today at 9AM to escort them into the building, make sure everything is OK and safe. Detective Shaw updated Mr. Sperlazza via text all morning.

It is with great privilege to nominate Officer's Shaw, Cornett, Geis and Clinger for the Special Commendation Medal and Ribbon. The Officers all showed great perseverance, compassion and professionalism in accomplishing this mission. I further nominate City Attorney William Sperlazza for the Meritorious Public Service Award for his dedication and perserverance in shutting down this problem hotel.

☐ **NARRATION CONTINUED ON OTHER SIDE.**

| SIGNATURE OF PERSON MAKING RECOMMENDATION | BADGE/IBM | ASSIGNMENT | DATE |
|---|---|---|---|
| *Cmdr. Joseph A. Schade* 50.1 | 5011 | Commander Patrol Zone 1 | 6/13/13 |

A-15_Award Recommendation (Rev. 08/06)





nbc4i.com ○ Web                                CONNECT:

Download Now

1. Click Download   2. Get to our site   3. Start download free Codecs

# Hotel Closure Has Improved North Side Neighborhood, Residents Say

*Posted: Jun 24, 2013 9:31 AM EDT*
*Updated: Jun 24, 2013 9:33 AM EDT*

By: Mike Bowersock - **email**

COLUMBUS, Ohio - The Columbus Inn and Suites near state Route 161 and Interstate 71 was closed by the city about a week ago.

In just that short period of time, nearby residents say there is an obvious improvement.

Kelvin Walls, the president of the Northland Park Estates Civic Association. He says he lives a few miles from the hotel and says its closing led to changes almost immediately.

"Big difference," said Walls. "Noise level, traffic, the police runs, I have a friend of mine who also is on the police force and he kind of keeps me informed with the precinct we are in and we're in 18, and it definitely makes a big difference in this precinct."

The hotel had been a problem for the area for years, they had tried to get it shut down for years, and now, in a matter of ten days, the problems from the hotel seem to be going away.

Neighbors say what happened in the hotel affected the surrounding area.

"Drugs, prostitution, all kinds of different things go on, people actually live in there, short term stay or long term stay, there was all kinds of activities going on in there," said Walls.

Police officers say there were runs to the vacant hotel daily.

**You May Like**                                                                                    by Taboola



**Lyft Co-Founder Responds To Company**



**No More Designer Duds For Suri Says Katie**



**Arresting Nirvana: Kurt Cobain's Teenage**

001893