# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KARL SHAW, | : |
|     **Plaintiff,** | :   Case No. 2:18-cv-483 |
| vs. | :   Judge James L. Graham |
| | :   Magistrate Judge Chelsey M. Vascura |
| **CITY OF COLUMBUS,** *et al.,* | : |
|     **Defendants.** | : |

## ENTRY OF DISMISSAL

Pursuant to the terms of the settlement agreement reached by the parties in this matter, which is incorporated as an exhibit hereto, this case is hereby dismissed with prejudice, subject to this Court's retention of jurisdiction to enforce the terms of their agreement.

**IT IS SO ORDERED**.

 s/ James L. Graham  
**James L. Graham**  
**United States District Judge**